UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ANNE PELLICANO,                                          Case No.: 2:23-cv-14411-AMC

        Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**January 31, 2025**. The **Calendar Call** will be held at _____ **on** _____. A **Status Conference**

will be held at_____. **On**_____. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **May 31, 2024** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **N/A** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **N/A** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **N/A** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **May 24, 2024** |
| 6. | Fact discovery shall be completed by **[at least five months before Trial date]** | **N/A** |
| 7. | Expert discovery shall be completed by **[at least five months before Trial date]** | **N/A** |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[at least four months before Trial date]** | **October 21, 2024** |
| 9. | Mediation shall be completed by **[at least three months before Trial date]** | **October 14, 2024** |

10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by                                                    **November 29, 2024**
    **[at least two months before Trial date]**

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of   **December 18, 2024**
    law shall be filed by
    **[at least one month before Trial date]**


 

 

_____
HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE